ent, for an Order Discharging a Certain Mechanic's Lien Filed by OTIS ELEVATOR COMPANY, Appellant, against Real Property, upon Filing an Undertaking.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ARTHUR H. LAMBORN and Others, Appellants, v. CZARNIKOW-RIONDA COMPANY, Respondent. CZARNIKOW-RIONDA COMPANY, Plaintiff, v. FEDERAL SUGAR REFINING COMPANY, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted on terms to be settled by order. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES KIMMELMAN, Plaintiff, v. 119 W. 71 REALTY Co., INC., and Others, Defendants, Impleaded with YELLOWSTONE HOLDING CORPORATION, Appellant, and SHOREHAM ESTATES, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of JOHN W. CORNISH, Respondent, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel or Chief Law Officer of the City of New York, Appellant, to Institute Proceedings Pursuant to Chapter 1006 of the Laws of 1895, etc., to Determine the Compensation for the Damage by Reason of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements, on the ground that so far as this record discloses, title to the strip of land in question is not vested in the petitioner. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BETTY BRAINERD, Respondent, v. THE ASSOCIATED NEWSPAPERS, NORTH AMERICAN NEWSPAPER ALLIANCE, INC., and THE BELL SYNDICATE, INC., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANNETTE S. BRACY, Respondent, v. JOSEPH B. WHITEHEAD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WALTER J. HERZFELD and Others, Respondents, v. MILTON E. GILES & COMPANY and Others, Defendants, Impleaded with UNITED STATES STEEL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARIE ALLEN REYNOLDS, Appellant, v. DAVIS ELKINS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE LEARY, Plaintiff, v. JAMES McGUIRE and JAMES McGUIRE, INC., Defendants, Impleaded with JULIA M. LEARY, Respondent. LILLIAN A. NOVICK, as Assignee of Defendant JAMES McGUIRE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SARAH B. VAN SICKLEN, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY and Another, as Executors, etc., of FREDERICK RENAUD, JR., Deceased,

* Affd., 259 N. Y. ——.

Respondents.— Order so far as appealed irom affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SARAH B. VAN SICKLEN, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY and Another, etc., as Executors, etc., of FREDERICK RENAUD, JR., Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JACOB FINE, Appellant, v. JACOB ROSENTHAL, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley, J., dissents.

In the Matter of the Application of WILLARD K. DENTON, Appellant, to Set Aside the Election of JACOB ARONSON as a Director, and of HAROLD N. BRODHEAD, as Treasurer of the RAILROAD CO-OPERATIVE BUILDING AND LOAN ASSOCIATION. RAILROAD CO-OPERATIVE BUILDING AND LOAN ASSOCIATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALFRED H. NEWBURGER and Others, Appellants, v. HENRIETTA COUTINHO and HENRY COUTINHO, Respondents.— Orders reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HARRY L. SINGER, Plaintiff, v. AQUITANIA REALTY CORPORATION, Defendant, and SAMUEL BECK and Others, Appellants. (PERRY BITTEL, Receiver, Respondent.) — Order reversed, without costs, and motion denied. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ELSIE E. ADLER, Respondent, v. MAX A. ADLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS J. STEVENS, Appellant, v. IDA GELTMAN, Respondent.— Orders reversed, with ten dollars costs and disbursements, and motion granted. No opinion Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CONTINENTAL REALTY CORPORATION, Owner, Appellant, for an Order Discharging a Certain Mechanic's Lien against Real Property Filed by WALTER W. AHLSCHLAGER, Lienor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CONTINENTAL REALTY CORPORATION, Owner, Appellant, for an Order Discharging a Certain Mechanic's Lien against Real Property Filed by WALTER W. AHLSCHLAGER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JAMES H. R. CROMWELL, Respondent, v. ROBERT F. NORTON, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOE LOWE CORPORATION, Respondent, v. CORNELIUS KRENS, Also Known as